In the Matter of CARROLL K. DAVIS, Appellant, against BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.

Submitted October 4, 1954; decided October 7, 1954.

Motion for reargument, to amend the remittitur and for a stay denied, with $10 costs and necessary printing disbursements. [See 307 N. Y. 786.]

In the Matter of HARVEY L. EVERY, Appellant, against COUNTY OF ULSTER, Respondent.

Submitted October 4, 1954; decided October 7, 1954.

*John A. Bonomi* for motion.
*Arthur A. Davis, Jr., County Attorney,* opposed.

Motion dismissed upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution.